AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas



| | |
|---|---|
| United States of America<br>v.<br>ISAIAS BERNABE GONZALEZ-HERNANDEZ<br><br>*Defendant* | )<br>)<br>)  Case No.  **H18-0514M**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  04/05/2018  in the county of  Walker  in the  SOUTHERN  District of TEXAS, the defendant violated  TITLE 8  U. S. C. §  1324(a)(1)(A)(v)(I)  , an offense described as follows:

Conspiring with others knowingly or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transport, move or attempt to transport or move such alien within the United States by any means in violation of Title 8 United States Code, Section(s) 1324 (a)(1)(A)(v)(I).

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William P. Wilson Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/06/2018                                _____
                                                              *Judge's signature*

City and state:  Houston, Texas                Frances H. Stacy, U.S. Magistrate Judge
                                                              *Printed name and title*

NANCY JOHNSON

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, William P. Wilson, being first duly sworn, depose and state the following:**

1.     I am a Special Agent with Homeland Security Investigations (HSI). I have been so employed since 2001. I have training and experience in alien smuggling investigations.

2.     The information enumerated in the paragraphs below, furnished in support of this affidavit, is derived from my own observations and the observations of other law enforcement agents.

3.     On April 5, 2018, at approximately 7:05 am, Trooper Art Morgan with the Texas Department of Public Safety initiated a vehicle stop on a White Toyota Sequoia (TX temporary license plate 24F0707) for Driving in Left Lane When Not Passing or Where Prohibited. There were seven (7) passengers inside the vehicle.

4.     Homeland Security Investigations (HSI) and Border Patrol Agents (BPA) responded and determined the driver, identified as Isaias GONZALEZ-HERNANDEZ, is a citizen and national of Guatemala and is a Lawful Permanent Resident in the United States (U.S.). The seven (7) vehicle passengers were determined to be citizens and nationals of Guatemala, Honduras or Mexico, all of whom were illegally present in the U.S. All seven (7) subjects, admitted to entering the U.S. without inspection in/at a location not designated as an official U.S. Port of Entry. All seven (7) undocumented aliens (UDAs) were administratively arrested for entering the U.S. without inspection. All seven (7) UDA's identified Isaias GONZALEZ-HERNANDEZ as the driver. They were later transported to the Houston Immigration Service Processing Centers (SPC) for additional checks and further investigation.

5.     SA Ricardo Morales read and explained to Isaias GONZALEZ-HERNANDEZ his Miranda Rights in the Spanish language, witnessed by HSI Special Agent William Wilson, BPA De La Torre and BPA Paniagua. This interview was recorded. Isaias GONZALEZ-HERNANDEZ signed a voluntary waiver of his Miranda Rights and agreed to speak with agents without an attorney present. BPA De La Torre and SA Morales interviewed GONZALEZ-HERNANDEZ in the Spanish language. Isaias stated he was the driver of the vehicle containing the seven (7) UDA's. GONZALEZ-HERNANDEZ also stated he suspected the passengers were UDAs. He said he was given $800 for expenses to take the UDA's to the East Coast and an additional $300 per UDA when he completed the job. GONZALEZ-HERNANDEZ had $766 in U.S. currency in his wallet.

6.     BPA Alex Carrizales interviewed Francisco Miranda-Miranda in the Spanish language and was witnessed by SA Daniel Bodiford. Miranda-Miranda identified through a photo lineup, Isaias GONZALEZ-HERNANDEZ. Francisco Miranda-Miranda stated GONZALEZ-HERNANDEZ drove him and the other 6 (six) UDAs from a residence to the location where DPS made the stop.

7.     BPA Alex Carrizales interviewed Fabio Cantu-Feliciano in the Spanish language and was witnessed by SA Daniel Bodiford. Cantu-Feliciano identified through a photo lineup, Isaias

GONZALEZ-HERNANDEZ. Fabio Cantu-Feliciano stated GONZALEZ-HERNANDEZ drove him and the other 6 (six) UDAs from a residence to the location where DPS made the stop.

8. BPA Johnny Paniagua interviewed Marco Antonio Aguilar-Luna in the Spanish language, witnessed by SA Jeff Whitfield. Aguilar-Luna also identified through a photo lineup, Isaias GONZALEZ-HERNANDEZ. Marco Antonio Aguilar-Luna stated GONZALEZ-HERNANDEZ drove him and the other 6 (six) UDAs from a residence to the location where DPS made the stop.

09. BPA Ruben De La Torre interviewed Jose Carmelo Osorio-Martinez in the Spanish language, witnessed by SA Ricardo Morales. Jose Carmelo Osorio-Martinez identified through a photo lineup, Isaias GONZALEZ-HERNANDEZ. Jose Carmelo Osorio-Martinez stated GONZALEZ-HERNANDEZ drove him and the other 6 (six) UDAs from a residence to the location where DPS made the stop.

10. BPA Alex Carrizales interviewed Elvira Perez-Ramirez in the Spanish language, witnessed by SA Daniel Bodiford. Perez-Ramirez identified through a photo lineup, Isaias GONZALEZ-HERNANDEZ. Elvira Perez-Ramirez stated GONZALEZ-HERNANDEZ drove him and the other 6 (six) UDAs from a residence to the location where DPS made the stop.

11. SA Ricardo Morales interviewed Cindy Molina-Ramos in the Spanish language, witnessed by SA Eugene Emge. Molina-Ramos identified through a photo lineup, Isaias GONZALEZ-HERNANDEZ. Cindy Molina-Ramos stated GONZALEZ-HERNANDEZ drove her and the other 6 (six) UDAs to the location where DPS made the stop.

12. Based upon the evidence gathered from the investigation, I believe there is probable cause to believe that Isaias GONZALEZ-HERNANDEZ violated Title 8, United States Code, Section 1324 (a) (1) (A) (v) (I), conspiracy to transport illegal aliens.

Special Agent William P. Wilson
Homeland Security Investigations
Houston, Texas

Sworn and subscribed before me at Houston, Texas on April 6, 2018 and I find probable cause.

Frances H. Stacy
United States Magistrate Judge
**NANCY JOHNSON**